Suzanne COUCH, Plaintiff-Appellant,

v.

BOATMEN'S BANK OF WEBSTER GROVES, Defendant-Respondent,

and

William W. Couch, Defendant-Respondent.

No. 51838.

Missouri Court of Appeals, Eastern District, Division Two.

March 24, 1987.

Hermann Eisele, St. Louis, for plaintiff-appellant.

Randy R. Mariani, St. Louis, for Boatmen's Bank.

George D. Pittman, St. Louis, for William W. Couch.

ORDER

PER CURIAM.

Plaintiff appeals the trial court's order granting summary judgment to defendants. We have examined the record and

conclude the trial court did not err. We affirm pursuant to Rule 84.16(b).